IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| ALMA WHEELER,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CAUSE NO.<br>DR-15-CV-0024 |
| UNDERWRITERS AT LLOYD'S<br>LONDON and BRENT POETSCHKE,<br>    Defendants. | §<br>§<br>§ | |

### ORDER

Pending before the court is Plaintiff's and Defendant's Agreed Motion to Remand. (ECF No. 5.) The Court having considered the pleadings and the agreement of counsel finds that said motion should be **GRANTED**.

IT IS THEREFORE **ORDERED** that this action is hereby remanded to the 365th Judicial District Court of Maverick County, Texas.

SIGNED this 16th day of November 2015.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE